■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL MORDETSKY, Appellant.—Judgment of the Supreme Court, Kings County, rendered February 6, 1975, affirmed. No opinion. The case is remitted to the

Supreme Court, Kings County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd 5). Latham, Acting P. J., Cohalan, Margett, Brennan and Munder, JJ., concur.